JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS TUG & TOWAGE SDN BHD, a Malaysia company,<br><br>    Plaintiff,<br><br>v.<br><br>DATO' SERI TIMOR SHAH RAFIQ, individually and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-01577-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the Court's Minute Order of Hearing re Defendant Dato' Seri Timor Shah Rafiq's Motion to Dismiss [ECF No. 55], and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. This action is **DISMISSED without prejudice** for *forum non conveniens*.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 11, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-